JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**,<br><br>         Plaintiff,<br><br>    v.<br><br>**Garcia Apartments LLC,** a California Limited Liability Company;<br>**Arcadio Castillo**,<br><br>         Defendants. | Case No. 2:14-cv-3315-AB-PLA<br><br>**JUDGMENT**<br>(re: cross motions for summary judgment) |

After reviewing the parties' cross motions for summary judgment, the Court finds that the request for injunctive relief in Plaintiff Daniel Lopez's complaint under the Unruh Civil Rights Act and Americans with Disabilities Act ("ADA") has been rendered moot. The Court, therefore:

- Enters judgment in favor of the Defendants Garcia Apartments, LLC and Arcadio Castillo (collectively "Defendants") on the ADA (first) cause of action; and
- Enters judgment in favor of Plaintiff on Plaintiff's Unruh Civil Rights Act (second) cause of action, and awards Plaintiff $2,000 as against Defendant Garcia Apartments, LLC and $2,000 as against Defendant Arcadio Castillo ($4,000 total).

**IT IS SO ORDERED**.

Dated: January 8, 2015

By: _____

André Birotte Jr.

United States District Judge